IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK COLEMAN, #155030, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv844-MHT |
| | ) | (WO) |
| DONAL CAMPBELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 6, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's motion to dismiss is GRANTED.

2. This case is DISMISSED without prejudice.

3. No costs are taxed herein.

Done this the 24th day of January, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE