IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK COLEMAN, #155030, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DONAL CAMPBELL, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 2:05cv844-T<br>(WO) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this date adopting the recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that this case is DISMISSED without prejudice.

Done this the 24th day of January, 2006.

           /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE